```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 34961
    JOSEPH D MCCARTER
    PATRICIA F MCCARTER                        CHAPTER 13

                                               JUDGE: BRUCE W BLACK
          Debtor
    SSN XXX-XX-5380     SSN XXX-XX-4747

---------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/03/06 .

    2.  The case was converted to Chapter 7 without confirmation, 03/10/2006.

---------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------------

       Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00        .00           .00            .00
PRINCIPAL PAID         .00        .00        .00           .00            .00
INTEREST PAID          .00        .00        .00           .00            .00
TOTAL PAID             .00        .00        .00           .00            .00
The Debtor's attorney, ALONZO H ZAHOUR              , was allowed $       .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .



     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 06/28/06              /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
     CASE NO. 05 B 34961 JOSEPH D MCCARTER & PATRICIA F MCCARTER
```