**TASKS PERFORMED BY TRUSTEE**

The Trustee filed a Motion To Employ Special Counsel, which was granted. The Trustee filed a Motion To Authorize Sale Of Real Estate And For Other Relief, which was granted. The Trustee filed a Motion To Employ Accountant, which was granted. The Trustee filed a Motion to Compel, which was eventually withdrawn when the debtors complied with the Trustee's request. The Trustee had extensive telephone conversations regarding the status and settlement of the Capital One lien showing on the title report. The Trustee prepared all documents relating to the preparation of the Listing Agreement and Rider, Contract For Sale Of Real Estate And Rider, and all closing documents. The Trustee attended the closing for the sale of the real estate. The Trustee sold the debtors' home and no tax returns were required to be filed

The Trustee prepared this Final Report and will appear in Joliet for a final hearing. The Trustee will issue distribution checks to creditors entitled to same. The Trustee will prepare a new distribution report after the final hearing is conducted. The Trustee will prepare a Final Account when all checks have cleared.

**Exhibit A**