**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MCCARTER, JOSEPH D &<br>MCCARTER, PATRICIA F,<br><br>Debtors. | CHAPTER 7 CASE<br><br>CASE NO. 05-34961 BL<br><br>JUDGE Bruce W. Black  (Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtors, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         Will County Court Annex Building
         57 North Ottawa Street, Room 201
         Joliet, Illinois 60432

    On:  **October 26, 2007**

    At:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         165,486.70

    b. Disbursements                         $          82,103.16

    c. Net Cash Available for Distribution   $          83,383.54

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $10,774.34 | |
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $72.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $29,847.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank (f/k/a. Retailers National Bank) | $ 2,948.59 | $ 2,948.59 |
| 1I | Target National Bank (f/k/a. Retailers National Bank) | $ 240.60 | $ 240.60 |
| 3 | Jefferson Capital Systems, LLC | $ 7,914.12 | $ 7,914.12 |
| 3I | Jefferson Capital Systems, LLC | $ 645.77 | $ 645.77 |
| 4 | Discover Bank Discover Financial Services | $ 5,166.79 | $ 5,166.79 |
| 4I | Discover Bank Discover Financial Services | $ 421.60 | $ 421.60 |
| 5 | Anthony E Proske, MD | $ 1,280.00 | $ 1,280.00 |
| 5I | Anthony E Proske, MD | $ 104.44 | $ 104.44 |
| 6 | Recovery Management Systems Corporation | $ 752.59 | $ 752.59 |
| 6I | Recovery Management Systems Corporation | $ 61.41 | $ 61.41 |
| 7 | Recovery Management Systems Corporation | $ 2,639.39 | $ 2,639.39 |
| 7I | Recovery Management Systems Corporation | $ 215.37 | $ 215.37 |
| 8 | LVNV Funding LLC., its successors and assigns, as | $ 968.09 | $ 968.09 |
| 8I | LVNV Funding LLC., its successors and assigns, as | $ 78.99 | $ 78.99 |
| 9 | Citibank USA, NA | $ 1,006.80 | $ 1,006.80 |
| 9I | Citibank USA, NA | $ 82.15 | $ 82.15 |
| 10 | Citibank (South Dakota), NA | $ 7,171.09 | $ 7,171.09 |
| 10I | Citibank (South Dakota), NA | $ 585.14 | $ 585.14 |
| 11 | LVNV Funding LLC its successors and assigns as | $ 836.52 | $ 836.52 |
| 11I | LVNV Funding LLC its successors and assigns as | $ 68.26 | $ 68.26 |
| SURPLUS | MCCARTER, JOSEPH D | $ 39,349.49 | $ 39,349.49 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **October 3, 2007**          For the Court,

By **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   MICHAEL G. BERLAND
Address:   One North LA SALLE STREET
           Suite 1775
           CHICAGO, IL  60602
Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

  Case 05-34961   Doc 45   Filed 10/03/07   Entered 10/06/07 00:19:08   Desc Imaged
                          Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 2           Date Rcvd: Oct 03, 2007
Case: 05-34961                Form ID: pdf002            Total Served: 40


The following entities were served by first class mail on Oct 05, 2007.
db           +Joseph D McCarter,    310 McCameron,    Lockport, IL 60441-2730
jdb          +Patricia F McCarter,    310 McCameron,    Lockport, IL 60441-2730
aty          +Alonzo H Zahour,    Law Office of Alonzo H. Zahour,    101 Royce Rd Ste 8,
               Bolingbrook, IL 60440-1409
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
9763502      +Anthony E Proske, MD,    PO Box 379,    Orland Park, IL 60462-0379
9763504      +BP Amoco,    The Credit Card Center,    PO Box 9014,    Des Moines, IA 50368-9014
9763503      +Bank Of America,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
9763507      +CBUSA,    PO Box 9714,   Gray, TN 37615-9714
9763505      +Capital One,    PO Box 85015,    Richmond, VA 23285-5015
9763506      +Cavalry Portfolio Services,    c/o Capital Management Services,    726 Exchange St Suite 700,
               Buffalo, NY 14210-1464
9763508      +CitiCards,    PO Box 6241,    Sioux Falls, SD 57117-6241
9763509      +CitiFinancial,    11436 Cronhill Dr Ste H,    PO Box 17127,    Baltimore, MD 21297-1127
10827696     +Citibank (South Dakota), NA,    Citibank/Choice Exception Payment Proces,    POB 6305,
               The Lakes, NV 88901-6305
10823764     +Citibank USA, NA,    DBA: The Home Depot,    POB 9025,    Des Moines, IA 50368-9025
9763511       Fleet Credit Card,    PO Box 84006,    Columbus, GA 31908
9763512      +GE Money Bank,    PO Box 981438,    El Paso, TX 79998-1438
9763514      +GMAC,    1700 W Highway 36 #510,    Roseville, MN 55113-4027
10621798     +GMAC,    2740 ARTHUR STREET,    ROSEVILLE, MN 55113-1303
9763516       HSBC Bank,    PO Box 98705,    Las Vegas, NV 89193
9763515      +Home Depot,    PO Box 9100,    Des Moines, IA 50368-0001
9763517      +JC Penney,    c/o Finanial Recovery Services,    PO Box 385908,    Minneapolis, MN 55438-5908
9763518      +Jefferson Capital Systems,    c/o Penncro Associates,    PO Box 1209,    Oaks, PA 19456-1209
10628287      Jefferson Capital Systems, LLC,    POB 23051,    Columbus, GA 31902-3051
9763520      +Menards,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
9763521      +Nextel,    c/o GC Services,    6330 Gulfton St Suite 490,    Houston, TX 77081-1108
9763522      +Optima Medical,    c/o Creditors Discount,    415 E Main,    Streator, IL 61364-2927
9763523      +Provena St Joseph Med Ctr,    2175 W Oneida,    Joliet, IL 60435-6560
10743087     +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10743088     +Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
9763524      +Sams Club,    PO Box 981400,    El Paso, TX 79998-1400
9763525      +Sears Card,    PO Box 6924,    The Lakes, NV 88901-6924
9763526      +Shell Oil M,    c/o CBE,    PO Box 2547,    Waterloo, IA 50704-2547
9763527      +Target National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
10610193     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9763528      +WalMart,    PO Box 981064,    El Paso, TX 79998-1064
The following entities were served by electronic transmission on Oct 04, 2007.
9763503      +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 04 2007 07:59:34      Bank Of America,
               475 Crosspoint Pkwy,    Getzville, NY 14068-1609
9763510       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2007 08:23:09      Discover,    PO Box 15192,
               Wilmington, DE 19850
10708681      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2007 08:23:09
               Discover Bank Discover Financial Services,    PO Box 8003,    Hilliard OH 43026
9763519      +E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding,
               PO Box 10584,    Greenville, SC 29603-0584
11034162      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Resurgent Capital LP,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10819415      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC., its successors and assigns, as,    assignee of CitiFinancial Inc.,
               Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Oct 03, 2007
Case: 05-34961                 Form ID: pdf002          Total Served: 40

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2007**                         **Signature:**    *Joseph Speetjens*