IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>MCCARTER, JOSEPH D<br>MCCARTER, PATRICIA F<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-34961 BL<br><br>JUDGE Bruce W. Black (Joliet) |

<u>TRUSTEE'S FINAL ACCOUNT AND APPLICATION</u>
<u>TO CLOSE CASE AND DISCHARGE THE TRUSTEE</u>

```
TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

 Final distribution of all monies has been made in accordance with the
Order Awarding Compensation and Expenses and the Trustee's
Distribution Report, a copy of which is attached as Exhibit "A"

     All checks have been cashed. The Form 2 is attached as Exhibit
"B".

The Trustee certifies that the estate has been fully administered,
requests that he be discharged, and the case closed pursuant to 11
U.S.C. §350.
                                  /s/ Michael G. Berland Trustee

Dated: 1/10//08
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: | CHAPTER 7 CASE
MCCARTER, JOSEPH D
MCCARTER, PATRICIA F | CASE NO. 05-34961 BL

JUDGE Bruce W. Black(Joliet)

Debtor(s)

## DISTRIBUTION REPORT

I, <u>MICHAEL G. BERLAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 10,846.34 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 29,847.46 |
| Tardily-Filed Unsecured Claims: | $ 836.52 |
| Post-Petition Interest: | $ 2,503.73 |
| Surplus to Debtor: | $ 39,563.41 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 83,597.46 |



EXHIBIT B

DISTRIBUTION REPORT                                                                PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 10,846.34 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| MICHAEL G. BERLAND | 10,774.34 | 10,774.34 |
| MICHAEL G. BERLAND | 72.00 | 72.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ 0.00 |

EXHIBIT D

DISTRIBUTION REPORT                                                                 PAGE 2

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

EXHIBIT D

DISTRIBUTION REPORT                                                          PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 29,847.46 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Target National Bank (f.k.a. Retailers National Ba | 2,948.59 | 2,948.59 |

EXHIBIT D

DISTRIBUTION REPORT                                                                                    PAGE 4

| | | | |
|---|---|---:|---:|
| 3 | Jefferson Capital Systems, LLC | 7,914.12 | 7,914.12 |
| 4 | Discover Bank Discover Financial Services | 5,166.79 | 5,166.79 |
| 5 | Anthony E Proske, MD | 1,280.00 | 1,280.00 |
| 6 | Recovery Management Systems Corporation | 752.59 | 752.59 |
| 7 | Recovery Management Systems Corporation | 2,639.39 | 2,639.39 |
| 8 | LVNV Funding LLC., its successors and assigns, as | 968.09 | 968.09 |
| 9 | Citibank USA, NA | 1,006.80 | 1,006.80 |
| 10 | Citibank (South Dakota), NA | 7,171.09 | 7,171.09 |
| | | TOTAL  $ | 29,847.46 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | Subordinated unsecured claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $ 836.52 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 11 | LVNV Funding LLC its successors and assigns as | 836.52 | 836.52 |
| | | TOTAL  $ | 836.52 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

EXHIBIT D

DISTRIBUTION REPORT　　　　　　　　　　　　　　　　　　　　　　　　PAGE 5

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 2,503.73 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 1I | Target National Bank (f.k.a. Retailers National Ba | 240.60 | 240.60 |
| 3I | Jefferson Capital Systems, LLC | 645.77 | 645.77 |
| 4I | Discover Bank Discover Financial Services | 421.60 | 421.60 |
| 5I | Anthony E Proske, MD | 104.44 | 104.44 |
| 6I | Recovery Management Systems Corporation | 61.41 | 61.41 |
| 7I | Recovery Management Systems Corporation | 215.37 | 215.37 |
| 8I | LVNV Funding LLC., its successors and assigns, as | 78.99 | 78.99 |
| 9I | Citibank USA, NA | 82.15 | 82.15 |
| 10I | Citibank (South Dakota), NA | 585.14 | 585.14 |
| 11I | LVNV Funding LLC its successors and assigns as | 68.26 | 68.26 |
| | | TOTAL  $ | 2,503.73 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 39,563.41 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| SURPLUS | MCCARTER, JOSEPH D | 39,563.41 | 39,563.41 |
| | | TOTAL  $ | 39,563.41 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:



EXHIBIT D

**DISTRIBUTION REPORT**                                                          PAGE 6

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | GMAC<br>2740 ARTHUR STREET<br>ROSEVILLE, MN 55113- | $ 8,593.91 | Withdrawn |

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED; <u>October 29, 2007</u>          <u>/s/Michael G. Berland</u>

EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:     CHAPTER 7 CASE
MCCARTER, JOSEPH D
MCCARTER, PATRICIA F     CASE NO. 05-34961 BL

JUDGE Bruce W. Black(Joliet)

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 10,774.34 |
| 2. | Trustee's expenses | $ | 72.00 |
| | TOTAL | $ | 10,846.34 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |

1

   c. Chapter 11 compensation        $_____0.00

   d. Chapter 11 Expenses         $_____0.00

3.  Other Professionals

            TOTAL    $_____0.00

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this_____ day of _____, 200 __ .

       ENTERED  _____
            Bruce W. Black
            UNITED STATES BANKRUPTCY JUDGE

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-34961 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | MCCARTER, JOSEPH D | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MCCARTER, PATRICIA F | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 13-7535387 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/06 | {1} | Ticor Title Insurance | Proceeds from sale of real estate after hold back | 1110-000 | 77,013.96 | | 77,013.96 |
| 07/24/06 | 1001 | Joseph & Patricia McCarter | Payment of homestead exemption to both debtors | 8100-002 | | 15,000.00 | 62,013.96 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.97 | | 62,033.93 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 42.16 | | 62,076.09 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 39.45 | | 62,115.54 |
| 10/24/06 | | Ticor title Insurance | Payment of holdback excess for Capital One lien, homestead exmeption check remibursement etc | | 20,882.88 | | 82,998.42 |
| | {1} | | Gross amount of the sale    165,000.00 | 1110-000 | | | 82,998.42 |
| | {1} | | Prior deposit received    -77,013.96 | 1110-000 | | | 82,998.42 |
| | | | Pay off Bank of America    -50,838.67 | 4110-000 | | | 82,998.42 |
| | | | County taxes for 2006    -1,416.12 | 2500-000 | | | 82,998.42 |
| | | | Real Estate Commission    -9,075.00 | 2500-000 | | | 82,998.42 |
| | | | Title Insurance    -880.00 | 2500-000 | | | 82,998.42 |
| | | | Delivery and handling fees    -50.00 | 2500-000 | | | 82,998.42 |
| | | | Water Bill    -124.18 | 2420-000 | | | 82,998.42 |
| | | | Recording Fee    -34.75 | 2500-000 | | | 82,998.42 |
| | | | County Tax stamps    -82.50 | 2500-000 | | | 82,998.42 |
| | | | State Tax stamps    -165.00 | 2500-000 | | | 82,998.42 |
| | | | Recording Fee - Release of Capital One Lien    -34.75 | 2500-000 | | | 82,998.42 |
| | | | Registration Fee IL Title    -3.00 | 2420-000 | | | 82,998.42 |

*Exh(u)p*                      Subtotals :           $97,998.42           $15,000.00

{} Asset reference(s)                                         Printed: 01/10/2008 10:19 AM    V.9.55

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-34961 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** MCCARTER, JOSEPH D | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| MCCARTER, PATRICIA F | **Account:** ***-*****83-65 - Money Market Account |
| **Taxpayer ID #:** 13-7535387 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 12/31/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Insurance | | | | |
| | | | Cost for Survey           -400.00 | 2500-000 | | | 82,998.42 |
| | | | Real Estate Taxes due    -1,305.26<br>for 2005 | 4700-000 | | | 82,998.42 |
| | | | Payment of Capital One   -2,693.93<br>Lien | 4120-000 | | | 82,998.42 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 44.46 | | 83,042.88 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 54.58 | | 83,097.46 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 52.79 | | 83,150.25 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 55.44 | | 83,205.69 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.46 | | 83,247.15 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 44.45 | | 83,291.60 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 45.96 | | 83,337.56 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 45.98 | | 83,383.54 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 43.04 | | 83,426.58 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 47.51 | | 83,474.09 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 46.06 | | 83,520.15 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.62 | | 83,561.77 |
| 10/23/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 35.69 | | 83,597.46 |
| 10/23/07 | | To Account #********8366 | Transfer for purpose of final distribution | 9999-000 | | 83,597.46 | 0.00 |

Subtotals :   $599.04   $83,597.46

{} Asset reference(s)                                                                                                    Printed: 01/10/2008 10:19 AM   V.9.55

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-34961 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | MCCARTER, JOSEPH D | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MCCARTER, PATRICIA F | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 13-7535387 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 98,597.46 | 98,597.46 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 83,597.46 | |
| | | | **Subtotal** | | 98,597.46 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$98,597.46** | **$0.00** | |

{} Asset reference(s)

Printed: 01/10/2008 10:19 AM    V.9.55

Page: 4

## Form 2

### Cash Receipts And Disbursements Record

| Case Number: | 05-34961 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | MCCARTER, JOSEPH D | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MCCARTER, PATRICIA F | Account: | \*\*\*-\*\*\*\*\*83-66 - Checking Account |
| Taxpayer ID #: | 13-7535387 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/07 | | From Account #\*\*\*\*\*\*\*\*8365 | Transfer for purpose of final distribution | 9999-000 | 83,597.46 | | 83,597.46 |
| 10/31/07 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $10,774.34, Trustee Compensation; Reference: | 2100-000 | | 10,774.34 | 72,823.12 |
| 10/31/07 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $72.00, Trustee Expenses; Reference: | 2200-000 | | 72.00 | 72,751.12 |
| 10/31/07 | 103 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 100.00% on $2,948.59; Claim# 1; Filed: $2,948.59; Reference: | 7100-000 | | 2,948.59 | 69,802.53 |
| 10/31/07 | 104 | Jefferson Capital Systems, LLC | Dividend paid 100.00% on $7,914.12; Claim# 3; Filed: $7,914.12; Reference: | 7100-000 | | 7,914.12 | 61,888.41 |
| 10/31/07 | 105 | Discover Bank Discover Financial Services | Dividend paid 100.00% on $5,166.79; Claim# 4; Filed: $5,166.79; Reference: | 7100-000 | | 5,166.79 | 56,721.62 |
| 10/31/07 | 106 | Anthony E Proske, MD | Dividend paid 100.00% on $1,280.00; Claim# 5; Filed: $1,280.00; Reference: | 7100-000 | | 1,280.00 | 55,441.62 |
| 10/31/07 | 107 | Recovery Management Systems Corporation | Dividend paid 100.00% on $752.59; Claim# 6; Filed: $752.59; Reference: | 7100-000 | | 752.59 | 54,689.03 |
| 10/31/07 | 108 | Recovery Management Systems Corporation | Dividend paid 100.00% on $2,639.39; Claim# 7; Filed: $2,639.39; Reference: | 7100-000 | | 2,639.39 | 52,049.64 |
| 10/31/07 | 109 | LVNV Funding LLC., its successors and assigns, as | Dividend paid 100.00% on $968.09; Claim# 8; Filed: $968.09; Reference: | 7100-000 | | 968.09 | 51,081.55 |
| 10/31/07 | 110 | Citibank USA, NA | Dividend paid 100.00% on $1,006.80; Claim# 9; Filed: $1,006.80; Reference: | 7100-000 | | 1,006.80 | 50,074.75 |
| 10/31/07 | 111 | Citibank (South Dakota), NA | Dividend paid 100.00% on $7,171.09; Claim# 10; Filed: $7,171.09; Reference: | 7100-000 | | 7,171.09 | 42,903.66 |
| 10/31/07 | 112 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $836.52; Claim# 11; Filed: $836.52; Reference: | 7200-000 | | 836.52 | 42,067.14 |
| 10/31/07 | 113 | Target National Bank (f.k.a. | Dividend paid 100.00% on $240.60; Claim# 1l; | 7990-000 | | 240.60 | 41,826.54 |

Subtotals :  $83,597.46  $41,770.92

◊ Asset reference(s)    Printed: 01/10/2008 10:19 AM    V.9.55

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-34961 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | MCCARTER, JOSEPH D | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MCCARTER, PATRICIA F | | Account: | \*\*\*-\*\*\*\*\*83-66 - Checking Account |
| Taxpayer ID #: | 13-7535387 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/07 | 114 | Retailers National Ba<br>Jefferson Capital Systems, LLC | Filed: $240.60; Reference:<br>Dividend paid 100.00% on $645.77; Claim# 3I; Filed: $645.77; Reference: | 7990-000 | | 645.77 | 41,180.77 |
| 10/31/07 | 115 | Discover Bank Discover Financial Services | Dividend paid 100.00% on $421.60; Claim# 4I; Filed: $421.60; Reference: | 7990-000 | | 421.60 | 40,759.17 |
| 10/31/07 | 116 | Anthony E Proske, MD | Dividend paid 100.00% on $104.44; Claim# 5I; Filed: $104.44; Reference: | 7990-000 | | 104.44 | 40,654.73 |
| 10/31/07 | 117 | Recovery Management Systems Corporation | Dividend paid 100.00% on $61.41; Claim# 6I; Filed: $61.41; Reference: | 7990-000 | | 61.41 | 40,593.32 |
| 10/31/07 | 118 | Recovery Management Systems Corporation | Dividend paid 100.00% on $215.37; Claim# 7I; Filed: $215.37; Reference: | 7990-000 | | 215.37 | 40,377.95 |
| 10/31/07 | 119 | LVNV Funding LLC., its successors and assigns, as | Dividend paid 100.00% on $78.99; Claim# 8I; Filed: $78.99; Reference: | 7990-000 | | 78.99 | 40,298.96 |
| 10/31/07 | 120 | Citibank USA, NA | Dividend paid 100.00% on $82.15; Claim# 9I; Filed: $82.15; Reference: | 7990-000 | | 82.15 | 40,216.81 |
| 10/31/07 | 121 | Citibank (South Dakota), NA | Dividend paid 100.00% on $585.14; Claim# 10I; Filed: $585.14; Reference: | 7990-000 | | 585.14 | 39,631.67 |
| 10/31/07 | 122 | LVNV Funding LLC its successors and assigns as | Dividend paid 100.00% on $68.26; Claim# 11I; Filed: $68.26; Reference: | 7990-000 | | 68.26 | 39,563.41 |
| 10/31/07 | 123 | MCCARTER, JOSEPH D | Dividend paid 100.00% on $39,563.41; Claim# SURPLUS; Filed: $39,563.41; Reference: | 8200-000 | | 39,563.41 | 0.00 |

Subtotals :   $0.00   $41,826.54

◊ Asset reference(s)   Printed: 01/10/2008 10:19 AM   V.9.55

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 05-34961 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | MCCARTER, JOSEPH D | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MCCARTER, PATRICIA F | Account: | ***-*****83-66 - Checking Account |
| Taxpayer ID #: | 13-7535387 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 83,597.46 | 83,597.46 | $0.00 |
| | | | Less: Bank Transfers | | 83,597.46 | 0.00 | |
| | | | Subtotal | | 0.00 | 83,597.46 | |
| | | | Less: Payments to Debtors | | | 39,563.41 | |
| | | | NET Receipts / Disbursements | | $0.00 | $44,034.05 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****83-65 | 98,597.46 | 0.00 | 0.00 |
| Checking # ***-*****83-66 | 0.00 | 44,034.05 | 0.00 |
| | $98,597.46 | $44,034.05 | $0.00 |

{} Asset reference(s)

Printed: 01/10/2008 10:19 AM   V.9.55